UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SHAWN K ODNEAL, | Civil No. 22-3107 (JRT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| PAUL SCHNELL, et al., | |
| Defendants. | |

---

Shawn K. Odneal, OID# 235165, MCF Stillwater, 970 Pickett Street N., Bayport, MN 55003, for plaintiff.

Corinne Wright, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendants.

This matter is before the Court on Plaintiff Shawn K. Odneal's Motion for Summary Judgment (Dkt. No. 31) and the Report and Recommendation issued on July 7, 2023 (Dkt. No. 39). No party has filed objections within the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 39) is **ADOPTED**; and

2. Plaintiff's Motion for Summary Judgment (Dkt. No. 31) is **DENIED WITHOUT PREJUDICE**.

Dated: August 7, 2023       s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
     United States District Judge