**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SHAWN K. ODNEAL,                                             Civil No. 22-3107 (JRT/JFD)

                Plaintiff,

v.                                                          **ORDER ADOPTING REPORT AND**
                                         **RECOMMENDATION**

PAUL SCHNELL, GUY BOSCH, MARRISA
WILLIAMS, STEPHANIE HUPPERT, JENNY
CARUFEL, ERIC HENNEN, LEIGH MCCOY,
and CELEST AILERU,
                Defendants.

---

Shawn K. Odneal, OID# 235165, MCF Stillwater, 970 Pickett Street North,
Bayport, MN 55003, *pro se* plaintiff.

Corinne Wright, **MINNESOTA ATTORNEY GENERAL'S OFFICE,**
445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendants.

The Court has received the Report and Recommendation of United States
Magistrate Judge John F. Docherty. (ECF No. 70.) No party has objected to that Report
and Recommendation.

Based upon all the files, records, and proceedings in the above-captioned matter,

**IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 70) is **ADOPTED** and

2. Plaintiff's Motion for a Preliminary Injunction (ECF No. 42) is **DENIED.**

3.

1

DATED:  January 30, 2024                    s/John R. Tunheim
at Minneapolis, Minnesota                   JOHN R. TUNHEIM
                                            United States District Judge