UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN K. ODNEAL, | Civil No. 22-3107 (JRT/JFD) |
| Plaintiff, | |
| v. | **AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION** |
| PAUL SCHNELL, GUY BOSCH, MARRISA WILLIAMS, STEPHANIE HUPPERT, JENNY CARUFEL, ERIC HENNEN, LEIGH MCCOY, and CELEST AILERU, | |
| Defendants. | |

Shawn K. Odneal, OID# 235165, MCF Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff.

Corinne Wright, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendants.

The Court has received the Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 70.) No party has objected to that Report and Recommendation.

Based upon all the files, records, and proceedings in the above-captioned matter,

**IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 70) is **ADOPTED** and

2. Plaintiff's Motion for a Preliminary Injunction (ECF No. 42) is **DENIED.**

1

2

DATED:  February 6, 2024                              s/John R. Tunheim
at Minneapolis, Minnesota                             JOHN R. TUNHEIM
                                                      United States District Judge

2